# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-0000175-CR
## NO. 03-04-0000178-CR

**Robert Joe Donaldson, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
## NOS. 8931 & 9233, HONORABLE GUILFORD L. JONES, III, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I concur in the judgment only. *See* Tex. R. App. P. 47.5.


Bob Pemberton, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Filed:   August 24, 2005